**Order entered January 29, 2015.**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00403-CV

**PROFINITY, LLC, Appellant**

**V.**

**ONE TECHNOLOGIES, L.P., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03980-A**

## ORDER

Before the Court is appellee/cross-appellant's January 26, 2015, unopposed motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** appellee/cross-appellant's brief be filed no later than March 2, 2015.

/s/     CRAIG STODDART
         JUSTICE